**FILED**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MAY 2 5 2005

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. __2:05CR134-F__ |
| | ) | [18 USC 922(g)(1); |
| STEPHEN JESSIE LESTER | ) | 18 USC 922(k); |
| | ) | 18 USC 924(a)(1)(B)] |
| | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about September 9, 2004, in Pike County, within the Middle District of Alabama,

### STEPHEN JESSIE LESTER,

defendant herein, having been convicted on or about November 20, 1996, of the following felonies,

crimes punishable by imprisonment for a term exceeding one year under the laws of the State of

Pennsylvania, to-wit:

1)    Robbery, Docket Number 1470-96, Court of Common Pleas, Delaware County,
       Pennsylvania;

2)    Terroristic Threats, Docket Number 1470-96, Court of Common Pleas, Delaware
       County, Pennsylvania;

did knowingly possess in and affecting commerce a firearm, to-wit: a Taurus, Model PT100 AFS,

.40 caliber pistol, obliterated serial number, in violation of Title 18, United States Code, Section

922(g)(1).

COUNT 2

On or about September 9, 2004, in Pike County, within the Middle District of Alabama,

STEPHEN JESSIE LESTER,

defendant herein, unlawfully and knowingly possessed a firearm, to-wit: a Taurus, Model PT100

AFS, .40 caliber pistol, with the manufacturer's serial number removed, obliterated or altered, and

which, at any time, had been shipped and transported in interstate commerce, in violation of Title

18, United States Code, Sections 922(k) and 924(a)(1)(B).

A TRUE BILL:

_____
Foreperson

_____
LEURA GARRETT CANARY
United States Attorney

_____
VERNE H. SPEIRS
Assistant Untied States Attorney