AO 442   (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

UNITED STATES OF AMERICA

V.

STEPHEN JESSIE LESTER
28 EDGEWOOD DRIVE
TROY, AL 36081

**WARRANT FOR ARREST**

CASE NUMBER   2:05CR134-F

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST   STEPHEN JESSIE LESTER
                                       Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☒ Violation Notice   ☐ Probation Violation Petition
☐ Superseding Indictment

charging him or her   (brief description of offense)

Felon in possession of firearm (1 ct.)
Unlawful Transport of firearm (1 ct.)

in violation of _____18_____ United States Code, _____922(g)(1) (k) and 924(a)(1)(B)_____

DEBRA P. HACKETT
Name of Issuing Officer

[signature]
Signature of Issuing Officer - Deputy Clerk

CLERK
Title of Issuing Officer

May 26, 2005 - Montgomery, AL
Date and Location

Bail fixed at   to be set at initial appearance   by   U.S. MAGISTRATE JUDGE
                                                       Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |