```
         IN THE DISTRICT COURT OF THE UNITED STATES
            FOR THE MIDDLE DISTRICT OF ALABAMA
                      NORTHERN DIVISION
```

UNITED STATES OF AMERICA    )
                            )
    v.                      )    CR. NO. 2:05-cr-134-F
                            )
STEPHEN JESSIE LESTER       )

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE DELORES R. BOYD, UNITED STATES MAGISTRATE JUDGE:

    Comes now the United States of America, by and through its Attorney for the Middle District of Alabama, and represents and shows unto the Court that there is pending in the United States District Court for the Middle District of Alabama an Indictment against Stephen Jessie Lester now in custody of Jackson County Jail, Marianna, Florida, and that said cause is set for arraignment at Montgomery, Alabama, in this Honorable Court on July 13, 2005, at 10:00 a.m.

    WHEREFORE, the United States Attorney prays that your Honor will direct the Clerk of this Court to issue a WRIT OF HABEAS CORPUS AD PROSEQUENDUM addressed to Jackson County Jail, Marianna, Florida, commanding them to deliver said prisoner to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner before this Honorable Court to be held at Montgomery, Alabama, on July 13, 2005, at 10:00 a.m.

Respectfully submitted this the 22nd of June, 2005.

    LEURA GARRETT CANARY
    UNITED STATES ATTORNEY

    /s/ Verne H. Speirs
    VERNE H. SPEIRS
    Assistant United States Attorney
    Post Office Box 197
    Montgomery, Alabama 36101-0197
    334.223.7280
    334.223.7135 fax
    verne.speirs@usdoj.gov