```
         IN THE DISTRICT COURT OF THE UNITED STATES
            FOR THE MIDDLE DISTRICT OF ALABAMA
                     NORTHERN DIVISION
```

UNITED STATES OF AMERICA        )
                                )
         v.                     )       CR. NO. 2:05-cr-134-F
                                )
STEPHEN JESSIE LESTER           )

## O R D E R

Upon consideration of the United States' *Petition for Writ of Habeas Corpus Ad Prosequendum* (Doc. 4, filed June 22, 2005), construed as a motion, and for good cause shown, the Court is of the opinion that said motion should be and the same is hereby granted. It is, therefore, ORDERED that the Clerk of this Court be and is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Jackson County Jail, Marianna, Florida, commanding them to deliver the said Stephen Jessie Lester to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner before this Court to be held at Montgomery, Alabama, on July 13, 2005, at 10:00 a.m. and to return said prisoner to said official when the Court shall have finished with him.

DONE this the 23rd day of June, 2005.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE