FAX: (850) 482-9468

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) CR. NO. 2:05CR134-F |
| | ) |
| STEPHEN JESSIE LESTER | ) |

2005 JUN 24 AM 8:22

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE SHERIFF AND/OR KEEPER OF  JACKSON COUNTY JAIL
MARIANNA, FLORIDA   *Beverly*

(850) 482-9657

and

TO THE UNITED STATES MARSHAL FOR THE MIDDLE DISTRICT OF ALABAMA OR ANY OTHER UNITED STATES MARSHAL:

GREETINGS:

We command you, that you have the body of ___**STEPHEN JESSIE LESTER**___,

a prisoner in your institution and under your control, as it is said, under safe and secure conduct,

to appear before the United States District Court for the Middle District of Alabama, at the

courtroom of said court, in the city of MONTGOMERY on **July 13, 2005, at 10:00 A.M.**,

to answer charges pending in said court and for such other proceedings as may appear proper to

the court; and thereafter, that you return the said defendant to the above-named institution under

safe and secure conduct.

**RETURNED AND FILED**

BY ORDER OF THE COURT.

*in Jackson Co.*   JUN 2 8 2005

DONE, this the 23rd day of June, 2005.

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

6/27/05 *murder charges pending* — *Trial July 25.*

DEBRA P. HACKETT, CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

BY: ___Kelli Gregg___
Deputy Clerk