IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
(NORTHERN) - SOUTHERN - EASTERN DIVISION

UNITED STATES OF AMERICA        )
                                )
                                )
v.                              )
Stephen Lester,                 ) CR. NO. 2:05CR134-F
                                )

### WAIVER OF SPEEDY TRIAL ACT RIGHTS

I, Stephen Lester, defendant in the above styled case, do hereby waive my rights to a speedy trial as established in 18 U.S.C. § 3161 et seq. I certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights given to me by my attorney and,

WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE MY RIGHTS TO A SPEEDY TRIAL.

10/19/2005
DATE

X _____
DEFENDANT

_____
ATTORNEY FOR DEFENDANT