# MINUTES
## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

☒ Northern ☐ Southern ☐ Eastern

HON. Delores Boyd    AT Montgomery, Alabama
DATE COMMENCED 12-1-2005   @ 11:20 ☒ a.m. ☐ p.m
DATE COMPLETED 12-1-2005   @ 11:24 ☒ a.m. ☐ p.m

CASE NO. 2:05cr134-F

UNITED STATES OF AMERICA    vs.    STEPHEN JESSIE LESTER
Plaintiff(s)                         Defendant(s)

## APPEARANCES

Plaintiff(s)/Government          Defendant(s)
Speirs                           Kevin Butler

## COURT OFFICIALS PRESENT:

Ctrm Clerk: S. Q. Long, Jr.    Crt Rptr:
Law Clerk:                     Interpreter:
USPO/USPTS:                    Other:

## PROCEEDINGS:

☐ Motion Hearing:
☐ Status Conference        ☐ Oral Argument        ☐ Evidentiary Hrg.
☐ Revocation               ☐ Scheduling Conf.     ☐ Show Cause
☐ Settlement Conference    ☐ Telephone Conf.      ☐ Sentencing
☐ Non-Jury Trial           ☐ Revocation/Prtrl/SupvRel/Prob
☒ Other _____

**Pretrial Conference**

Pending Motions: None
Discovery Status _____   Plea Status _____
Trial Status/Length 1 Day     Trial Term: _____