IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA ]
    Plaintiff ]
]
vs. ]
] 2:05-CR-0134-LSC
STEPHEN JESSIE LESTER ]
    Defendant ]
]
]

**O R D E R**

Due to the court's heavy calendar, the bench trial in the above case scheduled for the February 13, 2006, criminal docket is CONTINUED and RESET for the April 17, 2006, criminal docket.

Done this 21st day of February 2006.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
124019