# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )  )  | |
| V.                        )  | CR. No.: 2:05cr134-F |
|                           )  | |
| STEPHEN JESSIE LESTER     )  | |

### UNOPPOSED REQUEST FOR NON-JURY TRIAL

COMES NOW Stephen Jessie Lester, by and through undersigned counsel, Kevin L. Butler, and pursuant to Federal Rule of Criminal Procedure 23, provides this Court notice that Mr. Lester is requesting a non-jury trial in this case. The government does not oppose this request.

Mr. Lester believes the non-jury trial will last approximately 45 minutes to an hour.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

1

**MOTION GRANTED**

THIS __28th__ DAY OF __March__, 20__06__

__/s/ L. Scott Coogler__

**UNITED STATES DISTRICT JUDGE**