**COURTROOM DEPUTY'S MINUTES**  
**MIDDLE DISTRICT OF ALABAMA**

**DATE:** 4-13-2006
**DIGITAL RECORDING:** 2:49 - 3:22 pm
**COURT REPORTER:** Risa Entrekin

☐ ARRAIGNMENT     ☑ CHANGE OF PLEA     ☐ CONSENT PLEA
☐ RULE 44(c) HEARING     ☐ SENTENCING

---

**PRESIDING MAG. JUDGE:** DRB
**DEPUTY CLERK:** sql
**CASE NUMBER:** 2:05CR134-LSC
**DEFENDANT NAME:** Stephen Jessie LESTER
**AUSA:** Speirs
**DEFENDANT ATTORNEY:** Kevin Butler

Type counsel ( ) Waived; ( ) Retained; ( ) CJA; (☑) FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:** Lancaster

Interpreter present? (☑) NO; ( ) YES    Name:

---

☐ This is defendant's FIRST APPEARANCE.
☐ Financial Affidavit executed. ORAL MOTION for appointment of Counsel.
☐ ORAL ORDER appointing Federal Public Defender. Notice of Appearance to be filed.
☐ WAIVER OF INDICTMENT executed and filed.
☐ INFORMATION filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**    ☐ Not Guilty
     ☑ Guilty as to:
          ☑ Count(s): One
          ☑ Count(s): Two      ☐ dismissed on oral motion of USA
                              ☑ to be dismissed at sentencing

☑ Written plea agreement filed     ☐ ORDERED SEALED
☑ ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts __1__.
☐ CRIMINAL TERM:          ☐ WAIVER OF SPEEDY TRIAL filed.
          DISCOVERY DISCLOSURE DATE:
☐ ORDER: Defendant continued under ☐ same bond; ☐ summons; for:
     ☐ Trial on _____ ; ☐ Sentencing on _____
☑ ORDER: Defendant remanded to custody of U. S. Marshal for:
     ☐ Trial on _____ ; or ☑ Sentencing on _____
☐ Rule 44 Hearing: ☐ Waiver of Conflict of Interest Form executed
          ☐ Defendant requests time to secure new counsel