IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | DKT. NO. 2:05CR134-LSC |
| ) | |
| STEPHEN JESSIE LESTER ) | |

WAIVER REGARDING PROVISIONS
OF RULE 32, FEDERAL RULES OF CRIMINAL PROCEDURE

I, the undersigned defendant in the above-captioned case, understand that I am entitled under Rule 32(e)(2), of the *Federal Rules of Criminal Procedure*, to certain procedures regarding the disclosure and the filing of objections to the presentence investigation report prepared by the United States Probation Office and which will be used by the Court to impose sentence in this case.

I understand that under that rule of procedure I am entitled, unless waived by me, to have the presentence investigation report disclosed to me at least 35 days before the sentencing hearing and that I may file objections to the report within 14 days after it is disclosed to me.

I further acknowledge that, notwithstanding this waiver, I have had in fact the opportunity to review the presentence investigation report in my case and that I have reviewed it with my attorney and that I have had an adequate chance to formulate my objections, if any, to it.

With these understandings and considerations fully in mind, I hereby WAIVE and SURRENDER my entitlement to the procedures provided by Rule 32(e)(2), of the *Federal Rules of Criminal Procedure*, and do hereby CONSENT to allow the Court to proceed immediately with the sentencing hearing in my case.

SIGNED and ACKNOWLEDGED under penalty of perjury this 30th day of June, 2006.

_____        _____
DEFENSE COUNSEL                                     DEFENDANT

APPROVED BY:

_____
UNITED STATES DISTRICT JUDGE